IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

F I L E D
APR 30 2013
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3:13MJ266 |
| | ) | |
| v. | ) | |
| | ) | |
| HANK FARRELL | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. Defendant, HANK FARRELL, was present on Naval Support Activity South Potomac, Dahlgren, Virginia, in the Eastern District of Virginia.

2. Naval Support Activity South Potomac, Dahlgren, Virginia is property administered by the Department of Defense and is within the special maritime and territorial jurisdiction of the United States and this Court.

## COUNT ONE

On or February 14, 2013, at Naval Support Activity South Potomac, Dahlgren, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and within the special maritime and territorial jurisdiction of the United States and this Court, defendant HANK FARRELL did operate a motor vehicle ~~under the influence of any drug and~~ in a reckless manner so as to endanger life, limb, or bodily property ~~self-administered intoxicant and combination of drugs or self-administered intoxicant to a degree that impaired his ability to operate~~ a motor vehicle safely ~~and while having a concentration of .01~~ 

KW
HF

~~milligrams of phencyclidine or greater per liter of blood.~~

(In violation of Title 18, United States Code, Section 13, assimilating 1950 Code of Virginia, as amended, Section ~~18.2-266~~.)

46.2-852

*[handwritten initials: mum HF]*

NEIL H. MacBRIDE
UNITED STATES ATTORNEY

By: *[signature]*

Michael C. Moore
Assistant United States Attorney